# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM P. HAUG | : CIVIL ACTION |
| vs. | : |
| CEC, Operator of George W. Hill Correctional Facility, ET. AL. | : NO. 11-CV-5290 |

## ORDER

AND NOW, this 23rd day of January, 2013, upon consideration of the Motion of Defendants, Community Education Centers, Inc., Frank Green and Emmanuel Asante's for Summary Judgment (Doc. No. 102) and Plaintiff's Response in Opposition thereto, it is hereby ORDERED that the Motion is GRANTED and Judgment is entered in favor of the Moving Defendants as a matter of law on all of the Plaintiff's claims against them.

BY THE COURT:

/s/ J. Curtis Joyner
J. CURTIS JOYNER,    C.J.